In the Matter of the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, against ERNEST E. COLE, as Commissioner of Education of the State of New York, et al., Respondents.

Argued March 12, 1941; decided April 17, 1941.

*William C. Chanler*, Corporation Counsel (*Stanley Buchsbaum*, *Nicholas Bucci* and *Arthur H. Kahn* of counsel), for appellant.

*Herman Hoffman* for Frank A. Craig, respondent.

*Charles A. Brind, Jr.*, and *Joseph Lipsky* for Commissioner of Education, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.